UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SANDRA ADAMS, individually and on behalf of
all other similarly situated,

    Plaintiff,

v.         Case No.:  5:22-cv-00290-GAP-PRL

THE KRAFT HEINZ COMPANY,

    Defendant.
_____/

**NOTICE OF RESOLUTION**

  Defendant The Kraft Heinz Company hereby gives notice under Local Rule 3.09 that the parties have reached an agreement in principle to resolve this action.

        Respectfully submitted,

        s/*Joshua C. Webb*
        Joshua C. Webb (FBN 51679)
        josh.webb@hwhlaw.com
        val.taylor@hwhlaw.com
        Hill Ward & Henderson, P.A.
        101 E. Kennedy Boulevard, Suite 3700
        Tampa, Florida 33602
        Tel: (813) 221-3900
        Fax: (813) 221-2900

        -   and   -

        Alexander M. Smith
        *(PHV pending)*
        asmith@jenner.com
        Jenner & Block LLP
        515 South Flower Street - Suite 3300
        Los Angeles, CA 90071-2246
        Tel: 213 239 2262

Dean N. Panos
*(PHV pending)*
dpanos@jenner.com
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
Tel: 312 923-2765

*Attorneys for Defendant*