## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### OCALA DIVISION

SANDRA ADAMS,

                Plaintiff,

v                                     Case No:   5:22-cv-290-GAP-PRL

THE KRAFT HEINZ
COMPANY,

                Defendant

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Resolution (Doc. 31), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   Any pending motions including the Motion to Certify Class Action (Doc. 30) are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 25, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties