**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SANDRA ADAMS,

       Plaintiff,

v.                                                      Case No:   5:22-cv-290-GAP-PRL

THE KRAFT HEINZ
COMPANY,

       Defendant

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Stipulation of Voluntary Dismissal with Prejudice (Doc. 33), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 8, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties